COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER ON MOTION

Cause number:  01-16-00079-CR

Style:         *Frederick Anthony Davis v. The State of Texas*

Type of motion:        Motion for rehearing

Party filing motion:    Appellant

Appellant's motion for rehearing is **denied**.

Judge's signature:     /s/ Jane Bland
                       Acting for the Court

Panel consists of Justices Keyes, Bland, and Huddle.

Date:   May 9, 2017